# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT MICHAEL PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00684-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 14) |

On September 12, 2023, the parties submitted a stipulated motion for a second extension of time to file Plaintiff's motion for summary judgment. (ECF No. 14.)[1]  The Court finds good cause to grant the extension of time of the deadline from September 29, 2023, to October 30, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 14) is GRANTED;

2. Plaintiff shall have until **October 30, 2023**, to file the motion for summary judgment; and

/ / /

---

[1] The Court notes the stipulation contains the incorrect case number, taken from this same Plaintiff's previous action that is now closed, 1:20-cv-01459-JLT.  The Court finds the content of the stipulation affirms that the parties' stipulation was nonetheless filed in the correct case, and the Court shall grant the request.

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **September 12, 2023**

_____
UNITED STATES MAGISTRATE JUDGE