1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT MICHAEL PETERSON, | Case No. 1:23-cv-00684-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 16) |
| Defendant. | |

On October 25, 2023, the parties submitted a stipulated motion for a third extension of time to file Plaintiff's motion for summary judgment. (ECF No. 14.) The Court finds good cause to grant the extension of time of only four (4) days, extending the deadline from October 30, 2023, to November 3, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1.    The parties' stipulated motion to modify the schedule (ECF No. 16) is GRANTED;

2.    Plaintiff shall have until **November 3, 2023**, to file the motion for summary judgment; and

///
///
///

1

3.      All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **October 25, 2023**

UNITED STATES MAGISTRATE JUDGE