# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT MICHAEL PETERSEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00684-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 20) |

On November 30, 2023, Defendant filed a stipulated motion for a thirty (30) day extension of time to respond to Plaintiff's motion. (ECF No. 20.) Defendant's counsel proffers he is assigned to five cases with briefing deadlines in the next two weeks and therefore requests an extension in the instant action. (Id. at 1.) The Court finds good cause to grant the extension of time of the deadline from December 4, 2023 to January 3, 2024. The parties' fourth stipulation to modify the scheduling order. (ECF Nos. 12, 14, 16.)

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order is GRANTED;
2. Defendant shall have until **January 3, 2024**, to respond to Plaintiff's motion for summary judgment; and

///

///

1

///

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __December 1, 2023__

UNITED STATES MAGISTRATE JUDGE