# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| BRETT MICHAEL PETERSEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00684-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 27) |

On July 3, 2024, an order issued granting Plaintiff Brett Michael Petersen's ("Plaintiff") motion for summary judgment and judgment was entered on behalf of Plaintiff. (ECF Nos. 24, 25.) On October 4, 2024, the parties filed a stipulation for the award and payment of attorney fees and expenses. (ECF No. 27.)

Pursuant to the stipulation for the award and payment of attorney fees and expenses, IT IS HEREBY ORDERED that fees and expenses in the amount of SEVEN THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($7,200.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. § 1920, are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **October 4, 2024**

UNITED STATES MAGISTRATE JUDGE